IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN BOND | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF BETHLEHEM | : | NO. 10-6739 |

### ORDER

**AND NOW**, this 27th day of October, 2011, having considered Defendant City of Bethlehem's ("City") Motion for Summary Judgment (Doc. 14), Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment (Doc. 18); City of Bethlehem's Reply Brief in Support of Its Motion for Summary Judgment (Doc. 20), Supplemental Affidavit of Plaintiff Relative to New Evidence in the Case (Doc. 21), and the parties' arguments during the hearing held on October 7, 2011, it is **ORDERED** that the City's Motion for Summary Judgment is **GRANTED**.

BY THE COURT:

/s/ L. Felipe Restrepo
L. Felipe Restrepo
United States Magistrate Judge